IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**DOUGLAS B. STALLEY, on behalf of**
**the United States of America**

V.                    NO. 2:06CV00234 JMM

**BAPTIST MEMORIAL HEALTH CARE**
**CORPORATION, a Tennessee Corporation**

### ORDER

After consideration of the motion to admit counsel Kathleen Clark Knight *pro hac vice*, and it appearing to the Court that Ms. Knight meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion should be, and hereby is, GRANTED.

SIGNED this 29th day of December, 2006.

James M. Moody
United States District Judge