## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**DOUGLAS B. STALLEY, on behalf of**  **PLAINTIFF**
**the United States of America**

**V.**                                   **NO. 2:06CV00234 JMM**

**BAPTIST MEMORIAL HEALTH CARE**         **DEFENDANT**
**CORPORATION, a Tennessee Corporation**

### ORDER

Pending is Defendant's motion to lift stay, re-open case, strike the Rule 41(a) notice of voluntary dismissal and re-enter the Court's order of dismissal dated January 17, 2008. (Docket # 30.) Plaintiff has responded. Rule 41(a)(1) provides that an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment. Fed.R.Civ.P. 41(a)(1). Plaintiff loses this right only when an answer or motion for summary judgment has been filed and these two instances have been construed strictly and exclusively. *See Safeguard Business Systems, Inc. v. Hoeffel,* 907 F.2d 861, 863 (8th Cir.1990). Because Plaintiff filed a notice of voluntary dismissal before Defendant filed an answer or motion for summary judgment, the voluntary dismissal must be given effect.

Accordingly, Defendant's motion, docket # 30, is denied.

IT IS SO ORDERED this 1st day of May, 2008.

*/s/ James M. Moody*
James M. Moody
United States District Judge